IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERY ALAN MORRISON,<br><br>Defendant. | No. 26-CR-03026<br><br>**INDICTMENT**<br><br>**Count 1**<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 846<br>21 U.S.C. § 851<br>Conspiracy to Distribute a Controlled Substance<br><br>**Count 2**<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 851<br>Possession with Intent to Distribute a Controlled Substance |

The Grand Jury charges:

**Count 1**
**Conspiracy to Distribute a Controlled Substance**

Between about the spring of 2026 and continuing to July 2026, in the Northern District of Iowa and elsewhere, defendant JEFFERY ALAN MORRISON did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

Before defendant JEFFERY ALAN MORRISON, committed the offense charged in this Count, he was convicted of the following:

> On or about March 31, 2015, defendant was convicted in the Iowa District Court for Mitchell County, Case No. FECR024773, of a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 846 and 851.

**Count 2**
**Possession with Intent to Distribute a Controlled Substance**

On or about July 20, 2026, in the Northern District of Iowa, defendant JEFFERY ALAN MORRISON did knowingly and intentionally possess with intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

Before defendant JEFFERY ALAN MORRISON, committed the offense charged in this Count, he was convicted of the following:

> On or about March 31, 2015, defendant was convicted in the Iowa District Court for Mitchell County, Case No. FECR024773, of a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 851.

LEIF OLSON
United States Attorney

By: [signature]

JACK LAMMERS
Assistant United States Attorney

A TRUE BILL

[redacted] 8-19-26

Grand Jury Foreperson Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 8.20.2026
PAUL DE YOUNG, CLERK